# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re the Matter of:*  Case No.: 15-05557-jtg
                       Chapter 13
RONALD HANES,          Hon. John T. Gregg
                       Filed: October 8, 2015

Debtor.
_____/

## CERTIFICATE OF SERVICE

On the date below, the Debtor's Fourth Pre-confirmation Chapter 13 Plan and this Certificate of Service of same was filed in this matter via the ECF\CM System and were served upon the persons listed below and the Chapter 13 Trustee via First Class U.S. Mail:

Michelle M. Wilson, US Trustee
Office of the U.S. Trustee
The Ledyard Building, 2nd Floor
125 Ottawa, NW, Suite 202R
Grand Rapids, MI 49503

I declare that the above statements are true to the best of my information, knowledge and belief.


Dated: June 3, 2016                /s/ Michael S. Mahoney
                                   Michael S. Mahoney (P71428)
                                   Attorney for Debtor
                                   912 Centennial Way, Suite 320
                                   Lansing, MI 48917